**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ROBIN HASTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **Cause No. 1:16-cv-615-WTL-DML** |
| | ) |
| **REPUBLIC OF CUBA,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

The Court having made its ruling this date on the Plaintiff's motion for default judgment,

this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

SO ORDERED: 11/9/17

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification